## The People of the State of Illinois for use of State Board of Health of the State of Illinois, Appellant, v. James E. Kane, Appellee.

### (Not to be reported in full.)

Appeal from the County Court of Macon county; the Hon. JOHN H. McCoy, Judge, presiding. Heard in this court at the October term, 1916. Reversed and remanded. Opinion filed April 16, 1917.

### Statement of the Case.

Action by the People of the State of Illinois for the use of the State Board of Health of the State of Illinois, plaintiff, against James E. Kane, defendant, to recover the fines and penalties provided by law for practicing medicine without having a license from the State Board of Health so to do. From a judgment for defendant, plaintiff appeals.

P. J. LUCEY, JESSE L. DECK and C. F. EVANS, for appellant.

WHITLEY & FITZGERALD, for appellee.

MR. JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

1. PHYSICIANS AND SURGEONS, § 8*—*when State Board of Health has right to sue for and recover penalties for practicing without certificate.* The State Board of Health has the right to sue for and recover the penalties provided in Rev. St. ch. 91, sec. 9 (J. & A. ¶ 7390), relating to persons practicing medicine or treating human ailments without a certificate issued by that board, and providing that such persons shall forfeit and pay to the People of the State of Illinois for the use of that board certain sums to be recovered in an action of debt.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

The People v. Kane, 205 Ill. App. 32.

2. PHYSICIANS AND SURGEONS, § 5*—*when person is practicing medicine.* One who advertises, professes, offers, undertakes or pretends to undertake to diagnose, treat, heal or benefit a patient, regardless of whether that patient is or is not suffering from any actual ailment or disease, and who charges or accepts compensation therefor, is practicing medicine within the meaning of Rev. St. ch. 91, sec. 9 (J. & A. ¶ 7390), providing that any person shall be regarded as practicing medicine within the meaning of that statute who shall treat or profess to treat, operate on or prescribe for any physical ailment or any physical injury or deformity of another.

3. PHYSICIANS AND SURGEONS, § 8*—*when evidence sufficient to show that person is practicing medicine.* Evidence *held* sufficient to show that defendant was practicing medicine within the meaning of Rev. St. ch. 91, sec. 2 (J. & A. ¶ 7378), providing that it shall be unlawful for any person to practice medicine in any of its branches without a license so to do from the State Board of Health, and section 9 (J. & A. ¶ 7390), providing that any person shall be regarded as practicing medicine within the meaning of the statute who shall treat or profess to treat, operate on or prescribe for any physical ailment or any physical injury or deformity of another, where the defendant undertook or pretended to diagnose, treat and cure the trouble of his patients by a general formula of diagnosis that "the bones or vertebræ of your back are out of their normal or proper position, etc.," and advertised and assumed or pretended to be able to "place those bones of the back in their normal or proper position," the result of so doing to be health, such adjustment being or being pretended to be by applying pressure and manipulation with his hands.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.